# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 3:21-CV-17665-ZNQ-DEA

Plaintiff: **BARRY SCHNEIDER, individually and on behalf of all others similarly situated,**
vs.
Defendant: **LESTER GLENN BUICK, INC.,**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 18th day of October, 2021 at 1:41 pm to be served on **LESTER GLENN BUICK, INC., THROUGH ITS REGISTERED AGENT SUE DELLAGATTA, 386 RT 37, TOMS RIVER, NJ 08753**.

I, Robert Schiek, do hereby affirm that on the **20th day of October, 2021** at **2:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **SUE DELLAGATTA** as **REGISTERED AGENT/AUTHORIZED** for **LESTER GLENN BUICK, INC.**,, at the address of: **386 RT 37, TOMS RIVER, NJ 08753**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: CAUCASIAN, Height: 6'3", Weight: 145, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**Robert Schiek**
Process Server

L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2021003743

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e