**LYDECKER**
Joseph Ross, Esq.
jr@lydecker.com
One Evertrust Plaza, Suite 701
Jersey City, NJ  07302
(201) 676-7692
Attorneys for Defendant Lester Glenn Buick Inc.

| | |
|---|---|
| **BARRY SCHNEIDER,**<br>individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>                  v.<br><br>**LESTER GLENN BUICK, INC.**<br><br>             Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>Civil Action No.: 3:21-cv-17665-ZNQ-DEA |

Kindly enter our appearance on behalf of Defendant Lester Glenn Buick Inc. in the above-referenced matter.

Dated:  November 16, 2021

LYDECKER

Attorneys for Defendant Lester Glenn Buick Inc.

By: _____
         Joseph Ross, Esq.