**LYDECKER**
Joseph Ross, Esq.
jr@lydecker.com
One Evertrust Plaza, Suite 701
Jersey City, NJ 07302
(201) 676-7692
Attorneys for Defendant Lester Glenn Buick Inc.

| | |
|---|---|
| **BARRY SCHNEIDER,**<br>individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>**LESTER GLENN BUICK, INC.**<br><br>          Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No.: 3:21-cv-17665-ZNQ-DEA |

## CIVIL ACTION – RULE 7.1 STATEMENT ON BEHALF OF LESTER GLENN BUICK INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, please be advised that Lester Glenn Buick Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: November 16, 2021

                                                                LYDECKER

                                                                Attorneys for Defendant Lester Glenn Buick Inc.

                                                               By: _____
                                                                      Joseph Ross, Esq.