| | |
|---|---|
| BARRY SCHNEIDER,<br>individually and on behalf of all others similarly situated,<br><br>     **Plaintiff,**<br><br>     v.<br><br>LESTER GLENN BUICK, INC.<br><br>     **Defendants.** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:21-cv-17665-ZNQ-DEA<br><br>**ORDER EXTENDING TIME** |

**THIS MATTER** having been brought before the Court by the parties to this action; the parties having agreed to the relief set forth herein; and good cause appearing for the entry of this Order:

**IT IS** on this __14th__ day of __December__, 2021 ORDERED THAT:

Defendant Lester Glenn Buick Inc. is to answer or move in response to Plaintiff's Complaint on or before January 10, 2022.

                   _____
                   **HON. DOUGLAS E. ARPERT**
                   United States Magistrate Judge