UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 3:21-cv-17665-ZNQ-DEA

**BARRY SCHNEIDER,**
individually and on behalf of all
others similarly situated,  **CLASS ACTION**

    Plaintiff,  **JURY TRIAL DEMANDED**

v.

**LESTER GLENN BUICK, INC.,**

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Barry Schneider and Defendant Lester Glenn Buick, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees. Plaintiffs' claims are dismissed <u>without</u> prejudice.

Dated: January 19, 2022

| **DAPEER LAW, P.A.** | **LYDECKER** |
|---|---|
| <u>/s/ *Rachel Edelsberg*</u><br>Rachel Edelsberg, Esq.<br>Jersey Bar No. 039272011<br>3331 Sunset Avenue<br>Ocean, New Jersey 07712<br>Telephone: 305-610-5223<br>rachel@dapeer.com<br><br>*Counsel for Plaintiff* | <u>/s/ *Joseph Ross*</u><br>Joseph Ross<br>Of Counsel<br>Phone: (908) 963-1636<br>Fax: (201) 676-7693<br>Email: jr@lydecker.com<br>Web: www.lydecker.com<br>*Counsel for Defendant* |